IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 8:25CV364<br><br>**ORDER TO SHOW CAUSE** |

General Order No. 2022-13, Filing No. 4, requires Plaintiff to file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief. Plaintiff has filed a brief, but not a corresponding motion. The Court alerted Plaintiff to this deficiency on October 2, 2025, and ordered her to correct this deficiency within 14 days of that notice. Filing No. 16. Plaintiff has not taken corrective action.

Accordingly,

IT IS ORDERED that Plaintiff shall have until November 11, 2025 to show cause as to why she has not complied with General Order No. 2022-13 and the Court's October 2, 2025 Notice. The failure to timely comply with this order may result in the undersigned recommending dismissal of this action for failure to prosecute.

Dated this 28th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge